# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Lopez-Santiago, | No. CV-26-03396-PHX-SHD (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Markwayne Mullin, et al., | |
| Respondents. | |

On May 18, 2026, the Court issued an Order requiring Respondents to show cause why Petitioner's § 2241 Petition should not be granted on the ground that he is subject to detention under 8 U.S.C. § 1226(a) and not 8 U.S.C. § 1225(b).  Respondents' deadline was May 26, 2026, but that deadline has now expired, and Respondents did not file a response.

Given this backdrop, the Court concludes (consistent with the OSC) that the Petition should be granted, at a minimum, for the reasons set forth in *Echevarria*.

**IT IS ORDERED:**

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

2. Respondents must provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

3. The Clerk of Court must immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of

Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

4. Respondents must provide a notice of compliance within three days of releasing Petitioner or providing Petitioner a bond hearing.

5. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 29th day of May, 2026.

_____
Honorable Sharad H. Desai
United States District Judge